IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TELECONS, INC., et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CASE NO. 6:10-cv-00451-LED |
| | § | |
| GENERAL ELECTRIC, et al., | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |

**DEFENDANT FEIT ELECTRIC COMPANY, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Feit Electric Company, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated:  December 3, 2010

By: *s/ R. Brandon Bundren*
Gregory M. Luck
State Bar. No. 12666380
Email:  gmluck@duanemorris.com
R. Brandon Bundren
State Bar No. 24050353
Email:  rbbundren@duanemorris.com
DUANE MORRIS LLP
1330 Post Oak Boulevard, Suite 800
Houston, TX  77056-3199
Tel:     (713) 402-3900
Fax:    (713) 402-3901

**ATTORNEYS FOR DEFENDANT,**
**FEIT ELECTRIC COMPANY, INC.**

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of December 2010, I electronically filed **DEFENDANT FEIT ELECTRIC COMPANY, INC.'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of this Court using the Court's CM/ECF system which will automatically send notification of such filing to all counsel of record.

*s/ R. Brandon Bundren*
R. Brandon Bundren